IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JASON DON SELLS<br>TDCJ-CID No. 0232552,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL FLOREZ, et al.,<br><br>    Defendants. | 2:20-CV-0020-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the Complaint pursuant to 42 U.S.C. § 1983 filed by Plaintiff as to Defendants Brian Thomas, Steve White, Scott Giles and Brandon Phillips (ECF No. 47) ("FCR"). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. The case is **DISMISSED** as to Defendants Brian Thomas, Steve White, Scott Giles and Brandon Phillips and the pending Motion to Dismiss filed by Giles, Thomas, and White (ECF NO. 41) is **DENIED** as moot.

**IT IS SO ORDERED.**

November 20, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE